# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WIRTCO, INC.,

    Plaintiff,

v.                                         Case No. CV 23-1095-MLG/JFR

ALLIANZ RESOLUTION
MANAGEMENT, INC., et al.,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

This matter is before the Court as the parties have executed a settlement agreement and release. Pursuant to the parties' agreement, they now request the Court dismiss all claims. The Court, having considered the parties' request and being otherwise fully informed, hereby enters this order.

Plaintiff's Complaint (Doc. 1) against Defendants is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Final dismissal will be entered separately pursuant to Federal Rule of Civil Procedure 58(a). The parties shall bear their own costs and attorney's fees.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA